UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CAU,<br><br>              Petitioner,<br>   vs.<br>LORETTA LYNCH, et al.,<br><br>             Respondents. | Case No. CV 15-07601-FMO (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

       IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: August 1, 2016

                                                                 /s/\
                                        FERNANDO M. OLGUIN\
                                        UNITED STATES DISTRICT JUDGE