JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CAU, | Case No. CV 15-07601-FMO (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| LORETTA LYNCH, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: August 1, 2016

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1